FOPPES & PARTISCH v. UNITED STATES.

(Circuit Court, S. D. New York. May 11, 1894.)

No. 1,098.

CUSTOMS DUTIES—CLASSIFICATION—REEDS IN THE WROUGHT—"IN THE ROUGH." Rattan reeds, from which the outside has been removed, are not "in the rough," within the meaning of Tariff Act Oct. 1, 1890, c. 1244, § 2, Free List, par. 756, 26 Stat. 611, but are "reeds wrought or manufactured from rattans," within the meaning of section 1, Schedule D, par. 229, 26 Stat. 583.

On Application for Review of Decisions of the Board of United States General Appraisers.

Affirmed in 79 Fed. 995, 24 C. C. A. 682.

The decisions below affirmed the assessment of duty by the collector of customs at the port of New York. This assessment was made under the provision in Tariff Act Oct. 1, 1890, c. 1244, § 1, Schedule D, par. 229, 26 Stat. 583, for "chair cane, or reeds wrought or manufactured from rattans or reeds, and whether round, square, or in any other shape." The importers contended for classification under section 2, Free List, par. 756, 26 Stat. 611, relating to "reeds * * * in the rough, or not further manufactured than cut into lengths suitable for sticks for * * * whips."

Stanley, Clarke & Smith (Stephen G. Clarke, of counsel), for importers.

James T. Van Rensselaer, Asst. U. S. Atty.

WHEELER, District Judge. These are reeds of rattan, from which the outside that is used for seating chairs has been removed, not further manufactured than cut into lengths suitable for whips. Chair cane, or reeds manufactured from rattans or reeds, are dutiable at 10 per cent.; while reeds with other woods, in the rough and not further manufactured than cut into lengths, are free. These reeds are not exactly in the rough; and the reeds associated with chair cane do not seem to be confined to chair reeds. These seem to be reeds wrought from rattans, and to be dutiable at 10 per cent. as assessed.

The judgment of the Board of Appraisers is affirmed.